UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

GIRARD EQUIPMENT, INC. a New Jersey
Corporation,

      CASE NO.:

    Plaintiff,

v.

BETTS INDUSTRIES, INC., a Pennsylvania
Corporation,

    Defendant.
_____/

## COMPLAINT

Plaintiff, Girard Equipment Inc. ("Girard"), by its and through its undersigned attorneys, alleges the following for its Complaint against Defendant, Betts Industries, Inc. ("Betts"):

### Parties

1. Girard is a corporation organized and existing under the laws of the state of New Jersey, with its principal place of business and headquarters located at 4360 Old Dixie Highway, Vero Beach, Florida, 32967.

2. Upon information and belief, Betts is a corporation organized and existing under the laws of state of Pennsylvania with its principal place of business located at 1800 Pennsylvania Avenue West, Warren, Pennsylvania, 16365.

### Jurisdiction and Venue

3. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 and § 1338(a) because, in this action, Girard is bringing a claim of patent infringement

- 2 -

against Betts that arises under the patent laws of the United States, Title 35 of the United States Code.

4. This Court has personal jurisdiction over Betts pursuant to Fla. Stat. §48.193(1)(b), §48.193(g) and §48.193(2) because Betts committed a tortious act within this state, or within this jurisdiction, caused injury to Girard who is domiciled in this State, or is engaged in substantial and not isolated activity within this State. .

5. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391 and 1400(b).

**Facts Common to All Counts**

6. On September 1, 2015, United States Patent No. 9,121,523 ("the '523 patent"), entitled "Spring-Capture Assembly for a Spring-biased Mechanism and Pressure Relief Valve Including Same," was duly and legally issued. A true and correct copy of the '523 patent is attached to this Complaint as Exhibit A.

7. Girard is the owner of all rights, title and interest to the '523 patent and has the right to bring a cause of action for patent infringement.

8. The '523 patent discloses and claims spring-capture assemblies, pressure relief valves and methods for disassembling spring-biased mechanisms.

9. Girard manufactures, sells, and/or distributes parts for over the road tankers and railroad tank cars, including, but not limited to, pressure relief valves/vents, vacuum breakers, vapor recovery adaptors, manlids, valves and replacement parts for such products. Some of the parts manufactured, sold and distributed by Girard that are covered by the '523 patent include, but are not limited to, the "407" pressure relief valve/vent with an "NPS" connection, the "407"

pressure relief valve/vent with an "ANSI" connection, the "407" pressure relief valve/vent with a "Weld-In" connection and the "407" pressure relief valve/vent with a "Swivel" connection.

10. Betts is in the business of manufacturing, selling and/or distributing parts for over the road tankers and railroad tank cars, namely pressure relief valves/vents, vacuum breakers, vapor recovery adaptors, manlids, valves and replacement parts for such products. In particular, Betts is manufacturing, selling, offering for sale and/or distributing a line of pressure relief valves/vents under the GUARDIAN™ brand name. This line of pressure relief valves/vents includes products having an "NPS" connection, an "ANSI" flanged connection, a "TTMA" flanged connection, an "NPS" swivel connection and a "Weld Stub" connection (collectively referred to as the GUARDIAN™ pressure relief valves/vents.

11. Attached as Exhibit "B" is a parts list from the website www.bettsind.com. The parts list includes a drawing of an infringing GUARDIAN™ 407/412 pressure vent.

12. Betts also sells a wrench and nut assembly that is used with each of the above-identified GUARDIAN™ pressure relief valves/vents for disassembling the pressure relief valves/vents.

13. Girard has performed all conditions precedent to be performed by Girard, or, the conditions have occurred.

14. Girard has had to retain the undersigned law firm for representation in this action.

### COUNT I - DIRECT PATENT INFRINGEMENT

15. Girard repeats and makes a part hereof each and every allegation contained in paragraphs 1 through 14 of the Complaint.

16. This is a cause of action against Betts pursuant to 35 U.S.C. § 271(a) for direct infringement of the '523 Patent.

17. Betts' manufacture, sale, offering for sell and/or use of the GUARDIAN™ pressure relief valves/vents has infringed and continues to infringe one or more claims of the '523 patent either literally or under the doctrines of equivalents, in violation of 35 U.S.C. § 271(a).

18. Betts' aforesaid activities have been without authority and/or license from Plaintiff and are considered intentional and willful.

19. Girard is entitled to recover from Betts the damages sustained by Girard as a result of Betts' wrongful acts in an amount subject to proof at trial, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

20. Betts' infringement of Girard's exclusive rights under the '523 patent will continue to damage Girard, causing irreparable harm for which there is no adequate remedy at law, unless enjoined by this Court.

## **PRAYER FOR RELIEF**

WHEREFORE, Girard respectfully requests that this Court enter a judgment that:

A. Betts has infringed, and is directly infringing the '523 patent under 35 U.S.C. § 271(a);

B. Awards Girard damages adequate to compensate for Betts' infringement of the '523 patent under 35 U.S.C. § 284;

C. Finds Betts' infringement has been willful and deliberate and that Girard is entitled to an award of up to three times its compensable damages under 35 U.S.C. § 284;

D. Finds this case to be exceptional and that Girard is entitled to an award of its costs and reasonable attorneys' fees under 35 U.S.C. § 285;

E. Betts and its officers, directors, agents, servants, employees, successors, assigns, and all persons in active concert or participation with it, be preliminarily and permanently enjoined from infringing the '523 patent under 35 U.S.C. § 283;

F. Awards Girard costs, interest, fees, and other such further relief as the Court deems just and proper.

## JURY TRIAL DEMANDED

Girard demands a jury trial on all issues so triable.

DATED this 10th day of November, 2015.

        Respectfully submitted,

        BEUSSE WOLTER SANKS & MAIRE, PLLC
        390 North Orange Avenue, Suite 2500
        Orlando, Florida 32801
        Telephone:   (407) 926-7700
        Facsimile:   (407) 926-7720
        Email: rwolter@iplawfl.com
        *Attorneys for Plaintiff,*
        *GIRARD EQUIPMENT, INC.*

By: */s/ Robert L. Wolter*
     Robert L. Wolter
     Florida Bar No.: 0906344

JS 44 (Rev. 12/12) (Modified by FLSD - April 29, 2013)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)* **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

## I. (a) PLAINTIFFS
GIRARD EQUIPMENT, INC., a New Jersey Corporation,

## DEFENDANTS
BETTS INDUSTRIES, INC., a Pennsylvania Corporation

**(b)** County of Residence of First Listed Plaintiff: Indian River County, FL
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant:
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Robert L. Wolter, Esq., Beusse Wolter Sanks & Maire, PLLC, 390 N. Orange Ave., Ste. 2500, Orlando, FL 32801 (407) 926-7700

Attorneys *(If Known)*

**(d)** Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☒ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE ☐ HIGHLANDS

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question *(U.S. Government Not a Party)*
☐ 2 U.S. Government Defendant
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)* *(For Diversity Cases Only)* and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☒ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Med. Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | | | | ☐ 895 Freedom of Information Act |
| | | | | | ☐ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | **Other:** | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 530 General | | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee – Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed (See VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district *(specify)*
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment
☐ 8 Remanded from Appellate Court

## VI. RELATED/RE-FILED CASE(S)
*(See instructions):*
a) Re-filed Case ☐ YES ☒ NO
b) Related Cases ☐ YES ☒ NO
JUDGE:
DOCKET NUMBER:

## VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause *(Do not cite jurisdictional statutes unless diversity)*
35 U.S.C. §271(a) direct infringement of U.S. Patent No. 9,121,523
LENGTH OF TRIAL via 7 days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
DATE: 11/10/2015
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ IFP _____ JUDGE _____ MAG JUDGE _____